THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* PERCY C. REED et al., Respondents.

Argued October 18, 1937; decided November 23, 1937.

*George Morton Levy* and *Charles R. Weeks* for motion.

*Martin W. Littleton, District Attorney* (*Philip Huntington* of counsel), opposed.

Motion denied.